# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0327
Lower Tribunal No. 2022-SC-016454-O

_____

ABDUL R. LIBURD,

Appellant,

v.

SHADIYAH B.E. BOYNES,

Appellee.

_____

Appeal from the County Court for Orange County.
Amanda S. Bova, Judge.

March 21, 2025


PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

TRAVER, C.J., and WOZNIAK and WHITE, JJ., concur.


Abdul R. Liburd, Orlando, pro se.

No Appearance for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED